THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* STANLEY PLUZDRAK, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BRUNO SALEK, Appellant.

(Argued January 22, 1935; decided February 26, 1935.)

*Thomas L. Newton* and *Henry L. Nuese* for Stanley Pluzdrak, appellant.

*W. Bartlett Sumner* and *Valentine E. O'Grady* for Bruno Salek, appellant.

*Walter C. Newcomb, District Attorney,* for respondent.

As to each defendant, judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.